IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                         No. 4:15-cr-83-DPM

TERRY JEROME PITTS                                      DEFENDANT

ORDER

The Court held a competency hearing before Pitts's change of plea on 17 August 2017. For the reasons stated on the record at that hearing, and based on the November 2016 report, the Court found that Pitts was competent to proceed. *Dusky v. United States*, 362 U.S. 402, 402 (1960) (*per curiam*); *see also Godinez v. Moran*, 509 U.S. 389 (1993). The Court therefore adopted the conclusion set forth in the psychiatric report.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2017